**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **MIRNES MUMINOVIC** | ) | **CASE NO. 23-10858** |
| **MIRDADA MUMINOVIC** | ) | |
| | ) | |
| **DEBTOR** | ) | |

<u>**ORDER GRANTING AUTHORITY TO SELL DEBTORS' REAL ESTATE LOCATED AT 977 OLD DEARING ROAD, ALVATON, WARREN COUNTY, KENTUCKY**</u>

This matter having come before the Court on the Motion of the Debtors, to sell real estate located at 977 Old Dearing Road, Alvaton, Warren County, Kentucky; and the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED that the Debtors, are hereby authorized to sell their interest in the real property located at 977 Old Dearing Road, Alvaton, Warren County, Kentucky as set forth in Debtors' motion to Matthew Dunn and Kathryn Dunn, on the terms and conditions stated in said Motion.

IT IS FURTHER HEREBY ORDERED that all usual and customary costs and expenses associated with a private sale, such as real estate taxes, title examination, closing fees, and recording fees shall be paid first,

IT IS FURTHER HEREBY ORDERED that liens of all creditors shall attach to the proceeds to the same extent and priority as existed prepetition.  This property is **NOT** being sold pursuant to 11 USC Section 363 free and clear of liens.

**IT IS FURTHER HEREBY ORDERED** that upon completion of the sale that the Debtors shall file a Report of Sale showing the distribution of the sale proceeds.

This is a final and appealable order, and there is no just cause for delay.

Tendered by:

/s/ Mark H. Flener
Attorney for Debtors
P.O. Box 8
Bowling Green, KY 42102-0008
Phone: (270)783-8400
Fax: (270)783-8872
Email: mark@flenerlaw.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 19, 2023