UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**IN RE:**

CASE NO. 23-10858

**MIRNES MUMINOVIC**
**MIRSADA MUMINOVIC**

**Debtors**

### MOTION FOR AUTHORITY TO SELL DEBTOR'S INTEREST IN HOUSE AND LOT LOCATED AT 977 OLD DEARING ROAD, ALVATON, WARREN COUNTY, KENTUCKY

\* \* \* \* \*

Come the Debtors, by counsel, and hereby move this Court for authority to sell their interest in a house and lot located at 977 Old Dearing Road, Alvaton, Warren County Kentucky by private sale to Matthew and Kathryn Dunn, for the sum of $622,500.00 pursuant to the attached real estate contract. In support of this Motion, the Debtors state as follows:

### JURISDICTION

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. This is a matter arising under Title 11, and thus, venue is appropriate pursuant to 28 U.S.C. § 1409.

3. This motion complies with 11 U.S.C. § 363; BR 2002, 6004, and 9014; and LR. 6, 7 and 8.

### BACKGROUND

4. The Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code on November 20, 2023.

5. Prior to filing, the Debtors entered into a contract for sale, a copy of which is attached hereto. The proposed purchasers are not related nor insiders of the Debtors and are good faith, arms-length purchasers of the property.

6. Pursuant to an independent title examination, a diligent search was performed to determine all lienholders. The real estate at issue is encumbered by a mortgage lien to Independence Bank in the approximate amount of $500,000.00 as well as approximately $30,000.00 of work necessary to complete the residence.

## **PROPOSED SALE**

7. The Debtors propose to pay all usual and customary closing costs incurred by seller at closing, the mortgage due Independence Bank will be satisfied in full as well as balance of funds owed the builder upon completion of the work. The balance of the sale proceeds will be received by the Debtors to be used by them to assist in plan confirmation and expenses. A copy of the closing statement will be filed with the Court as a report of sale. The proposed sale is scheduled to close by December 29, 2023.

## **B.R. 6004 NOTICE**

8. This motion shall serve as notice of a proposed sale of property of the estate not in the ordinary course of business. An objection to said sale shall be filed and served in accordance with notices provided by the United States Bankruptcy Court. An objection to the proposed use, sale, or lease of property is governed by Rule 9014.

## LEGAL AUTHORITY

9. 11 U.S.C. 363(b) confers upon the Trustee the power to use, sell, or lease, other than in the ordinary course of business, property of the estate. The Debtor, in a Chapter 11 case has the same authority pursuant to Section 1303 of the Code.

10. The offer to purchase is commeasurable to the value of the property, and there is no harm to the unsecured creditors.

WHEREFORE, for the foregoing reasons, the Debtors, respectfully request that this Court authorize the sale of the above-described real property to be sold by private sale as set forth herein..

Electronically filed this November 27th, 2023.

MARK H. FLENER  
2501 Crossings Blvd., Suite 148  
P. O. Box 8  
Bowling Green, KY  42102-0008  

/s/Mark H. Flener  
MARK H. FLENER

## CERTIFICATE OF SERVICE:

This is to certify that a true copy of the foregoing was this day, November 27th, electronically transmitted and/or placed in the U.S. Mail addressed to the following:

All Scheduled Creditors including the mortgage holder Independence Bank  
US Trustee  
Charity Bird, SubchaperV Trustee


/s/Mark H. Flener  
MARK H. FLENER