## EXHIBIT A

We believe all personal expenses/bills have been paid on time.  We have not been paying the creditor GM Financial which maintains a lien on our motor vehicle.

## EXHIBIT B

We have no open personal accounts except the DIP account at US Bank.

## EXHIBIT C

All deposits during this month have come from draws/employment of our business Wipeout Logistics in the amount of $20892.08

## EXHIBIT D

Debtors have been unable to obtain assistance from a bookkeeper to prepare spreadsheets of personal expenses (subject to Court approval).  Debtors have broken down expenses as follows:

Personal/Household Expenses::   $10416.84

Payment to American National Bank for home mortgage: $5222.06

TOTAL:  $15636.90