# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9047        TRN                S              X          ST01

106481000616258 ER

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY  42122-8301

**Uni-Statement**

Account Number:
████ ████ ████ 9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

Page 1 of 8



☎          **To Contact U.S. Bank**
**By Phone:**                          800-673-3555
**U.S. Bank accepts Relay Calls**
**Internet:**                          usbank.com

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Meet Paze℠ - a new way to check out online.**

We'll be including eligible debit and credit cardmembers in a new checkout option to be used at participating online merchants.
Learn more at usbank.com/paze

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, please review updates made to the *Consumer Pricing Information* disclosure which may affect your rights.

Beginning April 8, 2024, you can review the full revised disclosure at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

Here's what you should know:

- Effective January 2024, the following fees are no longer being charged. The references to these fees were removed or changed to "no charge" throughout the document:
  - Paper Statement Fee with or without Check Images
  - Photocopy requests for a check, statement or other item
  - Mini and Full Statement Fee at a U.S. Bank ATM
  - Safe Deposit Box Paper Invoice Fee
- Wire Transfer Fee clarification is being added for the following:
  - Domestic internal - incoming - $15.00
  - Domestic internal - outgoing - $25.00

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Overdraft Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



Outstanding Deposits

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.
2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.
3. Enter the ending balance shown on this statement. $__________
4. Enter the total deposits recorded in the Outstanding Deposits section. $__________
5. Total lines 3 and 4. $__________
6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $__________
7. Subtract line 6 from line 5. This is your balance. $__________
8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.
9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.
10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING
LENDER

usbank.

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number:
[redacted] 9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

## INFORMATION YOU SHOULD KNOW (CONTINUED)

automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.

- Under the **Closing Your Account** section, added a paragraph for **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** [redacted]-9965

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Mar 1 | $ | 95.45 | Number of Days in Statement Period 31 |
| Deposits / Credits | | 20,892.06 | |
| Card Withdrawals | | 10,416.84- | |
| Other Withdrawals | | 5,222.06- | |
| **Ending Balance on Mar 31, 2024** | **$** | **5,348.61** | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 1 | Returned Withdrawal | Electronic | | $ | 2,593.03 |
| Mar 1 | Electronic Deposit<br>REF=240600083050620N00 | From WIPEOUT LOGISTIC<br>DIRECT DEP9111111103 | | | 3,000.00 |
| Mar 8 | Electronic Deposit<br>REF=240670130260170N00 | From WIPEOUT LOGISTIC<br>DIRECT DEP9111111103 | | | 3,000.00 |
| Mar 15 | Overdraft Paid Fee | Waived | 6103131858 | | 36.00 |
| Mar 15 | Electronic Deposit<br>REF=240740168450830N00 | From WIPEOUT LOGISTIC<br>DIRECT DEP9111111103 | | | 3,000.00 |
| Mar 21 | Returned Withdrawal | Electronic | | | 2,593.03 |
| Mar 22 | Electronic Deposit<br>REF=240810119468520N00 | From WIPEOUT LOGISTIC<br>DIRECT DEP9111111103 | | | 3,000.00 |
| Mar 26 | Branch Account Transfer | From Account 145817349957 | | | 670.00 |
| Mar 29 | Electronic Deposit<br>REF=240880103546120N00 | From WIPEOUT LOGISTIC<br>DIRECT DEP9111111103 | | | 3,000.00 |
| | | **Total Deposits / Credits** | | **$** | **20,892.06** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3455

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 1 | Debit Purchase - VISA<br>FIVESTAR 1910 | On 022824 BOWLING GREE KY<br>REF # 24034544060003278692353 | 0003278692 | $ | 13.08- |
| Mar 4 | Debit Purchase - VISA<br>CROSSROADS #773 | On 030224 BOWLING GREE KY<br>REF # 24427334063710000320602 | 3710000320 | | 5.18- |
| Mar 4 | Debit Purchase - VISA<br>AM EXPRESS 9 | On 030124 BOWLING GREE KY<br>REF # 24801974062839000184583 | 2839000184 | | 11.09- |
| Mar 4 | Debit Purchase - VISA<br>SQ *MUTTLEY'S | On 030224 BOWLING GREE KY<br>REF # 24692164062108716885580 | 2108716885 | | 23.30- |
| Mar 4 | Debit Purchase - VISA<br>PILOT 046 | On 030124 FRANKLIN KY<br>REF # 24943004062063005636332 | 2063005636 | | 31.75- |

usbank.

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number:
[redacted]9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number [redacted]-9965

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-3455

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 4 | Debit Purchase - VISA<br>TRACTOR-SUPPLY-C | On 030224 BOWLING GREE KY<br>REF # 24137464063001342014251 | 3001342014 | 62.47- |
| Mar 4 | Debit Purchase - VISA<br>ONE9_00046 | On 030124 FRANKLIN KY<br>REF # 24003294061000234795294 | 1000234795 | 75.29- |
| Mar 4 | Debit Purchase - VISA<br>PHR*GRAVESGILBER | On 030224 Bowling Gree KY<br>REF # 24906414062194859742326 | 2194859742 | 95.00- |
| Mar 4 | Debit Purchase - VISA<br>CROSSROADS #773 | On 030224 BOWLING GREE KY<br>REF # 24427334063710000320594 | 3710000320 | 100.36- |
| Mar 4 | Debit Purchase - VISA<br>ALMANDINA INTERN | On 030324 BOWLING GREE KY<br>REF # 24055224064400439000485 | 4400439000 | 134.82- |
| Mar 4 | Debit Purchase - VISA<br>TST* LUOGO | On 030124 Nashville TN<br>REF # 24692164062108215176838 | 2108215176 | 254.47- |
| Mar 5 | Debit Purchase - VISA<br>PANDA EXPRESS #3 | On 030424 BOWLING GREE KY<br>REF # 24431064065838001584028 | 5838001584 | 13.57- |
| Mar 5 | Debit Purchase - VISA<br>SMOKE WORLD | On 030424 BOWLING GREE KY<br>REF # 24116414065091714000119 | 5091714000 | 16.01- |
| Mar 5 | Debit Purchase - VISA<br>CHEETAH CLEAN AU | On 030424 BOWLING GREE KY<br>REF # 24801974064872990599211 | 4872990599 | 36.00- |
| Mar 5 | Debit Purchase - VISA<br>INTUIT *QBooks O | On 030424 CL.INTUIT.CO CA<br>REF # 24692164064100127855888 | 4100127855 | 63.60- |
| Mar 6 | Debit Purchase - VISA<br>FIVESTAR 1910 | On 030424 BOWLING GREE KY<br>REF # 24034544065000511887654 | 5000511887 | 4.84- |
| Mar 6 | Debit Purchase - VISA<br>KY TRANSPORTATIO | On 030524 EGOV.COM KY<br>REF # 24733094066400289012098 | 6400289012 | 6.00- |
| Mar 6 | Debit Purchase - VISA<br>STARBUCKS STORE | On 030424 BOWLING GREE KY<br>REF # 24692164065100891440262 | 5100891440 | 6.78- |
| Mar 6 | Debit Purchase - VISA<br>O'REILLY 6386 | On 030524 BOWLING GREE KY<br>REF # 24431054066838001223460 | 6838001223 | 8.47- |
| Mar 7 | Debit Purchase - VISA<br>ALVATON EXPRESS | On 030624 ALVATON KY<br>REF # 24801974067839000429025 | 7839000429 | 20.30- |
| Mar 7 | Debit Purchase - VISA<br>KROGER #585 | On 030624 BOWLING GREE KY<br>REF # 24445004066300550433817 | 6300550433 | 84.31- |
| Mar 8 | Debit Purchase - VISA<br>WALGREENS #13815 | On 030724 BOWLING GREE KY<br>REF # 24445004068000893526032 | 8000893526 | 75.02- |
| Mar 11 | Recurring Debit Purchase<br>BOWLINGGREENATHL | On 031024 800-748-4949 KY<br>REF # 24692164070105340195 US1 | 0105340195 | 3.70- |
| Mar 11 | Debit Purchase - VISA<br>RITA'S OF BOWLIN | On 030824 BOWLING GREE KY<br>REF # 24733094069400250000269 | 9400250000 | 4.38- |
| Mar 11 | Recurring Debit Purchase<br>BOWLINGGREENATHL | On 031024 800-748-4949 KY<br>REF # 24692164070105340195 US1 | 0105340195 | 49.60- |
| Mar 11 | Debit Purchase - VISA<br>TAQUERIA Y BIRRI | On 030824 BOWLING GREE KY<br>REF # 24122594070030031940288 | 0030031940 | 72.23- |
| Mar 11 | Debit Purchase - VISA<br>TARGET 00 | On 030824 BOWLING GREE KY<br>REF # 24164074069091255937736 | 9091255937 | 88.52- |
| Mar 11 | Debit Purchase - VISA<br>ALVATON EXPRESS | On 031024 ALVATON KY<br>REF # 24801974071839000451080 | 1839000451 | 98.40- |
| Mar 11 | Debit Purchase - VISA<br>BUCKLE #185 | On 030824 BOWLING GREE KY<br>REF # 24231684069091021753784 | 9091021753 | 109.02- |
| Mar 11 | Debit Purchase - VISA<br>KOHLS #0147 | On 031024 BOWLING GREE KY<br>REF # 24445004071600141050134 | 1600141050 | 144.16- |
| Mar 12 | Debit Purchase - VISA<br>THE UPS STORE 20 | On 031124 270-9914724 KY<br>REF # 24000974071253901615729 | 1253901615 | 1.06- |
| Mar 12 | Debit Purchase - VISA<br>CLR*RockBox | On 031124 270-7924990 KY<br>REF # 24906414071195520420142 | 1195520420 | 13.77- |
| Mar 12 | Debit Purchase - VISA<br>THE SWET STUDIO | On 031024 BOWLING GREE KY<br>REF # 24091624071017018683503 | 1017018683 | 19.61- |

usbank.

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number:
[redacted] 9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number [redacted]-9965

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-3455

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 12 | Debit Purchase - VISA STARBUCKS STORE | On 031024 BOWLING GREE KY REF # 24692164071105728227347 | 1105728227 | 33.75- |
| Mar 13 | Debit Purchase - VISA FIVESTAR 9000 | On 031224 SCOTTSVILLE KY REF # 24034544072001398938058 | 2001398938 | 10.28- |
| Mar 13 | Debit Purchase - VISA FIVESTAR 9000 | On 031224 SCOTTSVILLE KY REF # 24034544072001398938033 | 2001398938 | 17.57- |
| Mar 13 | Debit Purchase - VISA CHEETAH CLEAN AU | On 031224 BOWLING GREE KY REF # 24801974072872830633147 | 2872830633 | 69.99- |
| Mar 14 | Debit Purchase 458361 | BATTERIES PLUS # BOWLING GREEKY On 031324 ILNKILNK REF 407323458361 | 6103131858 | 180.19- |
| Mar 15 | Debit Purchase - VISA THE SWET STUDIO | On 031324 BOWLING GREE KY REF # 24091624074017019102575 | 4017019102 | 15.90- |
| Mar 18 | Debit Purchase - VISA BRUSTERS OF BOWL | On 031524 BOWLING GREE KY REF # 24755424076130765122802 | 6130765122 | 7.84- |
| Mar 18 | Debit Purchase - VISA GREENWOOD MALL S | On 031624 BOWLING GREE KY REF # 24692164077100601948774 | 7100601948 | 8.00- |
| Mar 18 | Debit Purchase 598602 | MEDITERRANEAN FO BOWLING GREEKY On 031624 ILNKILNK REF 407617598602 | 0203161229 | 11.76- |
| Mar 18 | Debit Purchase - VISA SQ *THE PORTAR 9 | On 031624 Bowling Gree KY REF # 24692164076100193299801 | 6100193299 | 15.50- |
| Mar 18 | Debit Purchase 056048 | SHELL SERVICE ST BOWLING GREEKY On 031624 ILK1TERM REF 407611056048 | 4803161046 | 19.53- |
| Mar 18 | Debit Purchase - VISA O'REILLY 6386 | On 031624 BOWLING GREE KY REF # 24431054077838004626302 | 7838004626 | 24.88- |
| Mar 18 | Debit Purchase - VISA SQ *MUTTLEY'S | On 031724 BOWLING GREE KY REF # 24692164077100930290112 | 7100930290 | 26.60- |
| Mar 18 | Debit Purchase - VISA CLR*RockBox | On 031524 270-7924990 KY REF # 24906414075195807757006 | 5195807757 | 171.71- |
| Mar 18 | Debit Purchase - VISA TST* SHOGUN BIST | On 031724 Bowling Gree KY REF # 24692164078101206675043 | 8101206675 | 177.40- |
| Mar 19 | Recurring Debit Purchase APPLE.COM/BILL | On 031724 866-712-7753 CA REF # 24692164078101633677 US1 | 8101633677 | 9.99- |
| Mar 19 | Debit Purchase - VISA APPLE.COM/BILL | On 031724 866-712-7753 CA REF # 24692164078101317065381 | 8101317065 | 13.77- |
| Mar 19 | Recurring Debit Purchase APPLE.COM/BILL | On 031724 866-712-7753 CA REF # 24692164078101633641 US1 | 8101633641 | 18.01- |
| Mar 19 | Debit Purchase - VISA FIVESTAR 1910 | On 031724 BOWLING GREE KY REF # 24034544078002108637109 | 8002108637 | 33.55- |
| Mar 20 | Debit Purchase - VISA APPLE.COM/BILL | On 031724 866-712-7753 CA REF # 24692164079102095306889 | 9102095306 | 63.59- |
| Mar 25 | Debit Purchase - VISA CKE*QUE PASA MIC | On 032224 BOWLING GREE KY REF # 24445004083000900830642 | 3000900830 | 29.64- |
| Mar 25 | Debit Purchase - VISA SPEEDWAY 08646 B | On 032324 BOWLING GREE KY REF # 24137464084001341373976 | 4001341373 | 54.77- |
| Mar 25 | Debit Purchase - VISA TST* SHOGUN BIST | On 032324 Bowling Gree KY REF # 24692164084106109854043 | 4106109854 | 165.77- |
| Mar 26 | Debit Purchase - VISA CROSSROADS EXPRE | On 032424 BOWLING GREE KY REF # 24427334085710000322503 | 5710000322 | 6.16- |
| Mar 26 | Debit Purchase - VISA DOLLAR GENERAL # | On 032524 SCOTTSVILLE KY REF # 24445004086000919431918 | 6000919431 | 21.20- |
| Mar 26 | Debit Purchase - VISA CROSSROADS 776 | On 032424 BOWLING GREE KY REF # 24427334085710000341289 | 5710000341 | 32.03- |
| Mar 27 | Debit Purchase - VISA SMOKE & VAPE LLC | On 032524 BOWLING GREE KY REF # 24431634086030034943786 | 6030034943 | 4.76- |
| Mar 27 | Debit Purchase - VISA FIVESTAR 1910 | On 032524 BOWLING GREE KY REF # 24034544086003075509958 | 6003075509 | 10.35- |

 ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number:
[redacted]9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number [redacted]-9965

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-3455

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 27 | Debit Purchase - VISA SMOKE & VAPE LLC | On 032524 BOWLING GREE KY REF # 24431634086030034943729 | 6030034943 | | 21.15- |
| Mar 27 | Debit Purchase - VISA IN *FELTS TOWING | On 032624 270-7969100 KY REF # 24692164086108316369003 | 6108316369 | | 650.00- |
| Mar 28 | Recurring Debit Purchase APPLE.COM/BILL | On 032724 866-712-7753 CA REF # 24692164087108889215 US1 | 7108889215 | | 5.29- |
| Mar 28 | Recurring Debit Purchase APPLE.COM/BILL | On 032724 866-712-7753 CA REF # 24692164087108889047 US1 | 7108889047 | | 9.99- |
| Mar 28 | Recurring Debit Purchase APPLE.COM/BILL | On 032724 866-712-7753 CA REF # 24692164087108889043 US1 | 7108889043 | | 11.65- |
| Mar 28 | Recurring Debit Purchase APPLE.COM/BILL | On 032724 866-712-7753 CA REF # 24692164087108888986 US1 | 7108888986 | | 15.89- |
| Mar 28 | Recurring Debit Purchase APPLE.COM/BILL | On 032724 866-712-7753 CA REF # 24692164087108888928 US1 | 7108888928 | | 74.19- |
| Mar 28 | Recurring Debit Purchase APPLE.COM/BILL | On 032724 866-712-7753 CA REF # 24692164087108888943 US1 | 7108888943 | | 74.19- |
| Mar 29 | Debit Purchase - VISA AMOCO#1653400BG | On 032824 BOWLING GREE KY REF # 24122544089744001100947 | 9744001100 | | 6.10- |
| Mar 29 | Debit Purchase - VISA LOVE'S #0414 INS | On 032824 HAUBSTADT IN REF # 24692164088109962364148 | 8109962364 | | 18.08- |
| Mar 29 | Debit Purchase - VISA ALVATON EXPRESS | On 032824 ALVATON KY REF # 24801974089839000558413 | 9839000558 | | 39.54- |
| | | **Card 3455 Withdrawals Subtotal** | | $ | 3,926.72- |

Card Number: xxxx-xxxx-xxxx-3471

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 1 | Debit Purchase 585376 | ATARAH BEAUTY BA BOWLING GREEKY On 030124 ILK1TERM REF 406118585376 | 7603011232 | $ | 180.00- |
| Mar 4 | Debit Purchase - VISA STARBUCKS 800-78 | On 030324 800-782-7282 WA REF # 24692164063109717485395 | 3109717485 | | 10.00- |
| Mar 4 | Debit Purchase - VISA CHICK-FIL-A #043 | On 030224 BOWLING GREE KY REF # 24427334063710029967789 | 3710029967 | | 12.71- |
| Mar 4 | Debit Purchase - VISA STARBUCKS 800-78 | On 030124 800-782-7282 WA REF # 24692164062108251168962 | 2108251168 | | 30.00- |
| Mar 4 | Debit Purchase - VISA WARREN COUNTY WA | On 030124 270-842-0052 KY REF # 24492154061743759486278 | 1743759486 | | 61.74- |
| Mar 4 | Debit Purchase - VISA AMZN Mktp US*RZ3 | On 030124 Amzn.com/bil WA REF # 24692164062108591553212 | 2108591553 | | 105.95- |
| Mar 4 | Debit Purchase - VISA SMKYBONES WNG-BG | On 022824 BOWLING GREE KY REF # 24013394061000101053716 | 1000101053 | | 167.57- |
| Mar 4 | Debit Purchase - VISA IC* INSTACART*AL | On 030224 HTTPSINSTACA CA REF # 24011344062000048487254 | 2000048487 | | 179.00- |
| Mar 4 | Debit Purchase 152665 | CAB STORE BOWLIN BOWLING GREEKY On 030224 MAESTERM REF 152665 | | | 249.19- |
| Mar 4 | Debit Purchase - VISA APPLE CASH SENT | On 030124 1INFINITELOO CA REF # 24055234063091618287678 | 3091618287 | | 300.00- |
| Mar 4 | Debit Purchase - VISA ARTS OF SOUTHERN | On 030124 270-904-1880 KY REF # 24269794062500883062414 | 2500883062 | | 337.25- |
| Mar 5 | Debit Purchase - VISA DD DOORDASH CHIC | On 030424 855-973-1040 CA REF # 24492154065743441494157 | 5743441494 | | 22.03- |
| Mar 5 | Debit Purchase - VISA PP*The MANE Salo | On 030424 BOWLING GREE KY REF # 24310334064007032145514 | 4007032145 | | 81.25- |
| Mar 7 | Recurring Debit Purchase APPLE.COM/BILL | On 030624 866-712-7753 CA REF # 24692164067102216055 US1 | 7102216055 | | 2.99- |
| Mar 7 | Recurring Debit Purchase APPLE.COM/BILL | On 030624 866-712-7753 CA REF # 24430994066828732988 US1 | 6828732988 | | 10.59- |

usbank.

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number:
1 458 1734 9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number 1-458-1734-9965

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3471

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 7 | Recurring Debit Purchase APPLE.COM/BILL | On 030624 866-712-7753 CA REF # 24692164067102215891 US1 | 7102215891 | 20.13- |
| Mar 7 | Debit Purchase - VISA NETFLIX.COM | On 030624 NETFLIX.COM CA REF # 24692164066101746415490 | 6101746415 | 24.23- |
| Mar 8 | Debit Purchase - VISA TST* PARLOR DOUG | On 030724 BOWLING GREE KY REF # 24137464068001446780752 | 8001446780 | 18.76- |
| Mar 8 | Debit Purchase - VISA STARBUCKS 800-78 | On 030724 800-782-7282 WA REF # 24692164067102810977539 | 7102810977 | 30.00- |
| Mar 8 | Debit Purchase - VISA CHICK-FIL-A #043 | On 030624 BOWLING GREE KY REF # 24427334067710028700930 | 7710028700 | 30.29- |
| Mar 8 | Debit Purchase - VISA APPLE CASH SENT | On 030624 1INFINITELOO CA REF # 24055234068091801654218 | 8091801654 | 80.00- |
| Mar 11 | Debit Purchase - VISA GREENWOOD MALL S | On 030924 BOWLING GREE KY REF # 24692164070104919128233 | 0104919128 | 8.00- |
| Mar 11 | Debit Purchase - VISA CS *STARBUCKS GC | On 030824 877-850-1977 ME REF # 24692164069104061758251 | 9104061758 | 10.00- |
| Mar 11 | Debit Purchase - VISA CS *STARBUCKS GC | On 030824 877-850-1977 ME REF # 24692164069104061759333 | 9104061759 | 10.00- |
| Mar 11 | Debit Purchase - VISA CS *STARBUCKS GC | On 030824 877-850-1977 ME REF # 24692164069104061759143 | 9104061759 | 10.00- |
| Mar 11 | Debit Purchase - VISA CS *STARBUCKS GC | On 030824 877-850-1977 ME REF # 24692164069104061784299 | 9104061784 | 10.00- |
| Mar 11 | Debit Purchase - VISA CS *STARBUCKS GC | On 030824 877-850-1977 ME REF # 24692164069104063901750 | 9104063901 | 10.00- |
| Mar 11 | Debit Purchase - VISA STARBUCKS 800-78 | On 030824 800-782-7282 WA REF # 24692164069103959354082 | 9103959354 | 20.00- |
| Mar 11 | Debit Purchase - VISA THE UPS STORE 20 | On 030924 270-9914724 KY REF # 24000974070242103197769 | 0242103197 | 28.90- |
| Mar 11 | Debit Purchase - VISA DD DOORDASH IHOP | On 030824 855-973-1040 CA REF # 24492154069745233389871 | 9745233389 | 51.93- |
| Mar 11 | Debit Purchase - VISA DD DOORDASH JERS | On 030824 855-973-1040 CA REF # 24492154069743165689418 | 9743165689 | 52.17- |
| Mar 11 | Debit Purchase - VISA TLF*DEEMER FLORA | On 030824 270-8434334 KY REF # 24717054069160699874708 | 9160699874 | 92.21- |
| Mar 11 | Debit Purchase - VISA IC* INSTACART*AL | On 030924 HTTPSINSTACA CA REF # 24011344069000050590170 | 9000050590 | 167.40- |
| Mar 11 | Debit Purchase - VISA TST* PUB BY NOVO | On 030924 Bowling Gree KY REF # 24692164070104949056305 | 0104949056 | 188.00- |
| Mar 11 | Debit Purchase 243935 | OLD NAVY US 3337 BOWLING GREEKY On 030924 ILK1TERM REF 406915243935 | 3503091421 | 422.59- |
| Mar 12 | Debit Purchase - VISA KROGER #5585 | On 031024 270-780-9887 KY REF # 24445004071100145065618 | 1100145065 | 140.44- |
| Mar 13 | Debit Purchase - VISA APPLE.COM/BILL | On 031224 866-712-7753 CA REF # 24692164072106744112967 | 2106744112 | 10.29- |
| Mar 13 | Recurring Debit Purchase APPLE.COM/BILL | On 031224 866-712-7753 CA REF # 24692164072106744718 US1 | 2106744718 | 63.59- |
| Mar 13 | Debit Purchase - VISA KROGER #5585 | On 031124 270-780-9887 KY REF # 24445004072100151181274 | 2100151181 | 81.65- |
| Mar 13 | Debit Purchase - VISA MARINER FINANCE | On 031124 800-3734004 MD REF # 24383444072021852686746 | 2021852686 | 186.52- |
| Mar 13 | Debit Purchase - VISA WARREN RURAL ELE | On 031224 ESERVICE.WRE KY REF # 24231684072747005559712 | 2747005559 | 387.02- |
| Mar 14 | Debit Purchase - VISA DD DOORDASH CHIC | On 031324 855-973-1040 CA REF # 24492154074713984728831 | 4713984728 | 22.03- |
| Mar 14 | Debit Purchase - VISA SHELDONS EXPRESS | On 031224 BOWLING GREE KY REF # 24013394073001507140293 | 3001507140 | 34.71- |

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number: [redacted]9965
Statement Period: Mar 1, 2024 through Mar 31, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number [redacted]9965

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-3471

| *Date* | *Description of Transaction* | | *Ref Number* | *Amount* |
|---|---|---|---|---|
| Mar 15 | Debit Purchase - VISA KROGER #5585 | On 031324 270-780-9887 KY REF # 24445004074100153742253 | 4100153742 | 63.98- |
| Mar 15 | Debit Purchase 726323 | HOBBYLOBB 2945 S BOWLING GREEKY On 031524 MAESTERM REF 726323 | | 148.24- |
| Mar 18 | Debit Purchase - VISA STARBUCKS 800-78 | On 031524 800-782-7282 WA REF # 24692164076109654900385 | 6109654900 | 10.00- |
| Mar 18 | Recurring Debit Purchase APPLE.COM/BILL | On 031524 866-712-7753 CA REF # 24692164075109142029 US1 | 5109142029 | 11.65- |
| Mar 18 | Debit Purchase - VISA STARBUCKS 800-78 | On 031724 800-782-7282 WA REF # 24692164078101218139715 | 8101218139 | 20.00- |
| Mar 18 | Debit Purchase - VISA DD DOORDASH CHIC | On 031524 855-973-1040 CA REF # 24492154076713353691790 | 6713353691 | 22.03- |
| Mar 18 | Debit Purchase - VISA CHEETAH CLEAN AU | On 031624 BOWLING GREE KY REF # 24801974076872569539610 | 6872569539 | 36.00- |
| Mar 18 | Debit Purchase 555272 | ATARAH BEAUTY BA BOWLING GREEKY On 031824 ILK1TERM REF 407818555272 | 7203181308 | 160.00- |
| Mar 18 | Debit Purchase 297463 | DILLARDS 385 GRE BOWLING GREEKY On 031624 MAESTERM REF 297463 | | 180.18- |
| Mar 18 | Debit Purchase - VISA APPLE CASH SENT | On 031524 1INFINITELOO CA REF # 24055234077091174990743 | 7091174990 | 300.00- |
| Mar 20 | Debit Purchase 118171 | TARGET T- 160 Am Bowling GreeKY On 031924 MAESTERM REF 118171 You Requested $40 In Cash Back | | 194.92- |
| Mar 22 | Recurring Debit Purchase APPLE.COM/BILL | On 032124 866-712-7753 CA REF # 24692164082104304640 US1 | 2104304640 | 2.99- |
| Mar 25 | Debit Purchase - VISA DD DOORDASH BRUS | On 032324 855-973-1040 CA REF # 24492154084743772042408 | 4743772042 | 19.87- |
| Mar 25 | Debit Purchase - VISA STARBUCKS 800-78 | On 032224 800-782-7282 WA REF # 24692164083105373008865 | 3105373008 | 25.00- |
| Mar 25 | Debit Purchase - VISA DD DOORDASH CHIC | On 032224 855-973-1040 CA REF # 24492154083717557450300 | 3717557450 | 26.87- |
| Mar 25 | Debit Purchase - VISA STARBUCKS 800-78 | On 032324 800-782-7282 WA REF # 24692164084106129642444 | 4106129642 | 40.00- |
| Mar 25 | Debit Purchase - VISA LOWES #00451* | On 032324 BOWLING GREE KY REF # 24692164084106220464979 | 4106220464 | 41.68- |
| Mar 25 | Recurring Debit Purchase CHEETAH CLEAN AU | On 032224 270-842-0286 KY REF # 24801974082872399220 US1 | 2872399220 | 59.99- |
| Mar 25 | Debit Purchase - VISA DD DOORDASH WING | On 032224 855-973-1040 CA REF # 24492154083743614726722 | 3743614726 | 61.54- |
| Mar 25 | Debit Purchase - VISA SEPHORA.COM | On 032124 877-SEPHORA CA REF # 24692164082104572668877 | 2104572668 | 81.62- |
| Mar 25 | Debit Purchase 015776 | ULTA # 490 BOWLING GREEKY On 032324 MAESTERM REF 015776 | | 93.97- |
| Mar 25 | Debit Purchase - VISA IC* INSTACART*AL | On 032224 HTTPSINSTACA CA REF # 24011344082000044188415 | 2000044188 | 194.67- |
| Mar 25 | Debit Purchase 154909 | PALMETTO MOON - BOWLING GREEKY On 032324 ILK1TERM REF 408322154909 | 0903231715 | 209.75- |
| Mar 25 | Debit Purchase - VISA APPLE CASH SENT | On 032224 1INFINITELOO CA REF # 24055234084091463862141 | 4091463862 | 300.00- |
| Mar 26 | Debit Purchase - VISA Etsy | On 032524 WWW.ETSY.COM NY REF # 24803944086920009252739 | 6920009252 | 7.42- |
| Mar 26 | Debit Purchase - VISA IC* INSTACART | On 032524 HTTPSINSTACA CA REF # 24011344085000048437351 | 5000048437 | 54.92- |
| Mar 26 | Debit Purchase - VISA SP FASHIONNOVA.C | On 032524 FNOVA.MYSHOP CA REF # 24000774085000009949908 | 5000009949 | 65.70- |

usbank.

ESTATE OF MIRNES MUMINOVIC
MIRSADA MUMINOVIC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:23-BK-10858
166 COOPER DEARING RD
ALVATON KY 42122-8301

**Uni-Statement**
Account Number:
[redacted] 9965
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number [redacted]-9965**

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-3471

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 29 | Recurring Debit Purchase<br>DOORDASH DASHPAS | On 032824 WWW.DOORDASH CA<br>REF # 24011344089000010203 US1 | 9000010203 | | 96.00- |
| | | **Card 3471 Withdrawals Subtotal** | | **$** | **6,490.12-** |
| | | **Total Card Withdrawals** | | **$** | **10,416.84-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 5 | Electronic Withdrawal<br>REF=240650063648260N00SD | To AMERICAN BANK<br>LOAN PMT 83908323 | | $ | 2,593.03- |
| Mar 15 | Overdraft Paid Fee | | 6103131858 | | 36.00- |
| Mar 20 | Electronic Withdrawal<br>REF=240790069784870N00 | To AMERICAN BANK<br>LOAN PMT 83908323 | | | 2,593.03- |
| | | **Total Other Withdrawals** | | **$** | **5,222.06-** |

| | Total for Statement Period | | Total Year to Date | |
|---|---|---|---|---|
| Total Returned Item Fees | $ | 0.00 | $ | 0.00 |
| Total Overdraft Fees | $ | 36.00 | $ | 36.00 |
| Less: Waives | $ | 36.00- | $ | 36.00- |
| TOTAL | $ | 0.00 | $ | 0.00 |

*A "waive" occurs when an assessed fee is credited back automatically.*

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 1 | 5,495.40 | Mar 12 | 1,140.22 | Mar 21 | 1,311.35 |
| Mar 4 | 3,248.26 | Mar 13 | 313.31 | Mar 22 | 4,308.36 |
| Mar 5 | 422.77 | Mar 14 | 76.38 | Mar 25 | 2,903.22 |
| Mar 6 | 396.68 | Mar 15 | 2,848.26 | Mar 26 | 3,385.79 |
| Mar 7 | 234.13 | Mar 18 | 1,645.18 | Mar 27 | 2,699.53 |
| Mar 8 | 3,000.06 | Mar 19 | 1,569.86 | Mar 28 | 2,508.33 |
| Mar 11 | 1,348.85 | Mar 20 | 1,281.68- | Mar 29 | 5,348.61 |

Balances only appear for days reflecting change.

This page intentionally left blank