**EXHIBIT A**

**LIQUIDATION ANALYSIS**

**Debtor's real estate holdings**

Residence located at 166 Cooper Dearing Road
Alvaton, Ky.

| | |
|---|---|
| **Value** | $550,000.00 |
| Mortgage Debt | $507,303.00 |
| Homestead Exemption | $55,800.00 |
| Equity | --0-- |

Lot 5, Mt. Lebanon Church Rd.
Warren County, Ky.

| | |
|---|---|
| **Value** | $100.000.00 |
| Mortgage Debt | $82,067.00 |
| Equity | $17933.00 |

5.28 Acres near Bowling Green Road
Scottsville, Allen County, Ky.

| | |
|---|---|
| **Value** | $237,000.00 |
| Debt | $158,931.00 |
| Equity | $78,069.00 |

**Vehicles**

Dodge Ram

| | |
|---|---|
| **Value** | $65,000.00 |
| Debt | $82,765.00 |
| Equity | --0-- |

Harley Davidson Street Glide

| | |
|---|---|
| **Value** | $28,000.00 |
| Debt | $34,252.00 |
| Equity | --0-- |

Polaris North Star ATV

**Value**       $15,000.00
Debt            $25,000.00
Equity              --0—

Polaris 570

**Value**       $4000.00
Debt            $4000.00
Equity              --0—

2023 GMC Yukon

**Value**       $85,000.00
Debt            $116.542.00
Equity           - -0—

Household Goods, Furnishings, Electronics, Peleton Bike, Clothing

**Value**       $22,000.00
Exemption       $22,000.00
Equity              --0—

Wedding rings,
Misc. jewelry

**Value**       $2,000.00
Exemption       $2,000.00
Equity              --0—

Rolex Watch

**Value**       $23,000.00
Equity          $23,000.00

John Deere Mower/Tractor

**Value**       $8,000.00
Debt            $8,000.00
Equity              --0—

Hot Tub

**Value**       $3,000.00

Equity                $3,000.00

Wipe-Out Logistics, LLC

**Value**- Based on assets and debts, no value and therefore no equity

Wipe-Out Logistics Real Estate, LLC

**Value**        $1.3 million
Debt            $1.3 million
Equity          --0—

Firearms

**Value**        $1,400.00
Equity          $1,400.00

Designer Handbags

**Value**        $25,000.00
Equity          $25,000.00

**SUMMARY**

Equity in Real Estate to be auctioned/sold:   $96,002.00
Costs of sale (6% realtor's fee)              $20,000.00

Net vale to estate                            $75,782.00
Equity in items retained by Debtors
Rolex Watch                                   $23,000.00
Designer Handbags                             $25,000.00
Guns                                           $1,400.00
Hot Tub                                        $3,000.00
                                              _____
                                              $52,400.00

Costs of sale (10%fee)                         $5,240.00
Net value to estate                           $47,160.00