Official Form 314 (12/15)

# United States Bankruptcy Court
## WESTERN DISTRICT OF KENTUCKY

In re: Mirnes Muminovic  
Mirsada Muminovic  
Debtor

Address: 166 Copper Dearing Road  
Alvaton, KY 42122

Last four digits of Social Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): xxx-xx-7883 & xxx-xx-1993

Employer's Tax Identification No(s). (if any):

Case No. 1:23-bk-10858

Chapter 11

## Ballot for Accepting or Rejecting Plan of Reorganization

The Debtors fave filed a first amended plan of reorganization dated May 2, 2024 (the *Plan*) for the Debtors in this case.

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan.

The undersigned, the holder of a Class [ ] claim against the Debtor in the unpaid amount of Dollars ($            )

*Check one box only*

☐ Accepts the plan

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Official Form 314 (12/15) Page 2

☐ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____   Title (if corporation or partnership) _____

Address: _____

_____

_____

**Return this ballot to:**

Mark H. Flener
Attorney for Debtors
2501 Crossings Blvd., Suite 148
Bowling Green, KY  42104
mark@flenerlaw.com
270-783-8400