**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY**

**IN RE:**

| | | |
|---|---|---|
| **MIRNES MUMINOVIC** | ) ) ) ) ) ) ) | **CASE NO. 23-10858** |
| **MIRDADA MUMINOVIC** | | |
| **DEBTOR** | | |

**ORDER GRANTING AUTHORITY TO SELL DEBTORS' REAL
ESTATE LOCATED AT 0 MOUNT LEBANON
ROAD ALVATON, WARREN COUNTY,
KENTUCKY**

This matter having come before the Court on the Motion of the Debtors, to sell real estate located at 0 Mount Lebanon Road, Alvaton, Warren County, Kentucky; and the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED that the Debtors, are hereby authorized to sell their interest in the real property located at 0 Mount Lebanon Road, Alvaton, Warren County, Kentucky as set forth in Debtors' motion to Cara Mullen and Kenny Mullen, on the terms and conditions stated in said Motion.

IT IS FURTHER HEREBY ORDERED that all usual and customary costs and expenses associated with a private sale, such as real estate taxes, title examination, closing fees, realtor fees and recording fees shall be paid first, then the real estate mortgage held by Edmonton State Bank.

IT IS FURTHER HEREBY ORDERED that liens of all creditors shall attach to the proceeds to the same extent and priority as existed prepetition. This property is **NOT** being sold pursuant to 11 USC Section 363 free and clear of liens.

**IT IS FURTHER HEREBY ORDERED** that all remaining sale proceeds shall be held in the trust account of Debtors' attorney, Mark H. Flener pending further orders of the Court. Upon completion of the sale the Debtors shall file a Report of

sale showing the distribution of the sale proceeds.

This is a final and appealable order, and there is no just cause for delay.

Tendered by:

/s/ Mark H. Flener
Attorney for Debtors
P.O. Box 8
Bowling Green, KY 42102-0008
Phone: (270)783-8400
Fax: (270)783-8872
Email: mark@flenerlaw.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 6, 2024