**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| IN RE ) | |
| ) | |
| MIRNES MUMINOVIC ) | |
| MIRSADA MUMINOVIC. ) | CASE NO. 23-10858 |
| ) | |
| DEBTORS ) | |

## FIRST APPLICATION OF MARK H. FLENER AS ATTORNEY FOR THE ESTATE AND AS A CHAPTER 11 ADMINISTRATIVE EXPENSE

Comes now Mark H. Flener, legal counsel for the debtor's estate and pursuant to 11 U.S. C. Section 327, 328 and 330 and Bankruptcy Rule 2006 respectfully moves the Court for an order allowing attorney fees in the amount of $19,650.00. Expenses in the approximate amount of $15.00 are being waived.

(1) The time period covering this application is from November 7, 2023 to July 16 2024.

(2) This case was commenced by the filing of a petition seeking relief under the Bankruptcy Code on November 20, 2023. On November 27, 2023 an application to approve employment was filed and on December 19, 2023 an order was entered approving the employment of Mark H. Flener as attorney for the estate at an hourly rate of $300.00.

(3) All professional services for the allowance of compensation requested herein were performed by Mark H. Flener on behalf of the debtor's Estate. The applicant billed the Estate based on an hourly basis for services rendered as previously approved by the Court at the rate of $300.00 per hour. The applicant applies for payment as a Chapter 11 administrative expense.

(4) This application is the first application of Mark H. Flener as attorney

for the estate. No previous application by Mark H. Flener has been filed.

(5) The rate charged by Mark H. Flener and as previously approved by the Court is the sum of $300.00 per hour. No other agreement or understanding exists between Mark H. Flener and any other person for the sharing of compensation received or to be received by him in connection with the services rendered to debtor's estate.

(6) A retainer of $3500.00 was made to Mark H. Flener prior to filing of the Chapter 11 petition.  From that payment, the filing fee of $1738.00 was paid and pre-petition services in the amount of $1762.00 were paid to Mark H. Flener

(7) A brief biography of Mark H. Flener is attached hereto as Exhibit "A".

(8) Status of the case: Debtor's plan was confirmed by order of the Court dated June 18, 2024.

(9) Attached as Exhibit "B" to this application are the time records of applicant which detail the dates upon which services were rendered, the amount of time spent by applicant and nature of services rendered. Following is a further breakdown/itemization:

(a)  <u>Asset disposition/analysis</u>

Mark H. Flener reviewed various financial statements, tax returns, budget, income, to assist in formulating a sale of various assets and to determine the likelihood of seeking a sale or surrender of certain assets. Mark H. Flener spent a total of 5.8 hours performing services in this category.

(b)  <u>Business Operations</u>

Mark H. Flener assisted debtors in their business operations by advising the debtors on cost reduction, insurance premiums, profit and salary review.  Mark H. Flener spent a total of 2.4 hours performing services in this category.

(c)  <u>Case Administration</u>

Mark H. Flener prepared the schedules, amended Chapter 11 schedules and

petition. Mark H. Flener assisted in preparation of monthly reports, discussions with the U.S.T. on requirements of the Chapter 11. Various conferences with debtor on their duties and requirement of Chapter 11. Mark H. Flener spent a total of 23.5 hours performing services in this category.

(d) <u>Claims Administration</u>

Mark H. Flener reviewed claims, filed objections when necessary, negotiated with creditors regarding their claims. Mark H. Flener spent .9 hours performing services in this category.

(e) <u>Fee/Employment Application</u>

Mark H. Flener filed a motion to employ himself as attorney for the estate as well as this current fee application. Mark H. Flener also assisted in employment of realtors for the estate. . Mark H .Flener spent 4.8 hours performing services in this category.

(f) <u>Meeting of Creditors/Dealing with Creditors</u>

Mark H. Flener assisted debtors in preparing for and attending numerous Meeting of Creditors as well as dealing with various creditors. Mark H. Flener spent a total of 7.6 hours performing services in this category.

(g) <u>Plan, Disclosure, Objections, Confirmation, Stay Relief</u>

Mark H. Flener assisted debtors in formulating a plan of reorganization and disclosure statement. Assisting in Stay relief matters, Numerous amendments to plan and numerous conferences re plan and hearings. Debtors' plan received sufficient votes accepting the plan of reorganization. Mark H. Flener spent 20.5 hours performing services in this category.

.

**WHEREFORE**, the applicant, Mark H. Flener as attorney for the estate respectfully requests that this Court enter an order approving this application allowing the applicant compensation as attorney for the estate in the amount requested and for an order directing the payment as an administrative expense of the Chapter 11 proceeding, and for any and all other proper relief.

This 17th day of July, 2024.

/s/ Mark H. Flener
Mark H. Flener
2501 Crossings Blvd., Suite 148
P.O. Box 8
Bowling Green, KY 42102-0008
Phone: 270-783-8400
Facsimile: 270-783-8872
Email: mark@flenerlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was served this July 17th, 2024, by either electronic filing or by placing same in the United States Mail, postage prepaid, addressed to the following:

Office of the U.S. Trustee
601 W. Broadway
Suite 512
Louisville, KY 40202

*/s/ Mark H. Flener*
Mark H. Flener