**BIOGRAPHY**

Mark H. Flener.  Attorney. Born in Jeffersonville, Indiana, December 6, 1955; admitted to bar, Kentucky, 1979, United States District Court, Western District of Kentucky, 1980, U.S. Court of Appeals for the Sixth Circuit, 1983; U.S. Supreme Court, 1983, U.S. Tax Court 1985; U.S. District Court, Eastern District of Kentucky, 2000; Education:  Western Kentucky University (B.A. <u>Summa Cum Laude</u>, President Scholar, 1976), University of Kentucky (J.D., 1979) Member, <u>Kentucky Law Journal.</u>  Publications: Public Sector Privatization, <u>Alternative Approaches to Service Delivery.</u> "<u>Legal Consideration in Privatization</u>," Mark H. Flener, Author (L.Finley, ed. 1989 Quorom Books); <u>Protection of Secured Interests in Bankruptcy</u>, National Business Institute (1990).  Basic Bankruptcy in Kentucky, National Business Institute (1985); Collection Law in Kentucky. Lorman Education Services (April 28, 2000); Memberships/Awards: Visiting Assistant Processor, Western Kentucky University.  ProBono Publico award, Bowling Green – Warren County Bar Association, Member, Kentucky Bar Association, National Association of Bankruptcy Trustees; Panel Bankruptcy Trustee, U.S. Bankruptcy Court, Western District of Kentucky, 1989 to present.

Practice Areas: Bankruptcy Law; Commercial Law; Collections Law