EXHIBIT B  TIME RECORDS MIRNES AND MIRSADA MUMINOVIC CASE NO. 23-10858

| Date | Activity | Time | Code |
|---|---|---|---|
| 11/07/23 | Conference and email to Debtors requests for various documents | .3 | B |
| 11/08/23 | Conference with Debtors re: Chapter 11 filing | 1.0 | C |
| 11/12/23 | Review of expenditures for WIPEOUT, Budget for Miminovics | .6 | B |
| 11/20/23 | Meeting with Debtors review filing and requirements for Chapter 11 | 1.5 | C |
| 11/20/23 | Preparation of skelton Chapter 11 filing | 1.0 | C |
| 11/21/23 | Review of Notice re: Small Business Filing, review of notice re: Trustee | .1 | C |
| 11/21/23 | Filing of Small Business information for Chapter V, conference with Debtors | .5 | C |
| 11/23/23 | Receipt and review of notice setting 341 Meeting, telephone conference with Debtors | .2 | F |
| 11/27/23 | Preparation of application to employ Mark H. Flener as attorney for Debtor's Estate | 1.0 | E |
| 11/27/23 | Preparation of Motion and order to sell spec house, conference with clerk, conference with Realtor re: spec house | 1.2 | A |
| 11/27/23 | Preparation of application to employ realtor, conference with realtor | 1.2 | E |
| 11/30/24 | Receipt of notice of appearance by Ashley Gerughty on behalf of Edmonton State Bank | .1 | F |
| 12/01/24 | Review and email from Debtors with updated asset information, budget | .5 | B |
| 12/01/23 | Receipt of notice and appearance by Larry Hinton | .1 | F |

| Date | Description | Hours | Code |
|---|---|---|---|
| 12/04/23 | Preparation of balance of schedules for Chapter 11, conference with Debtors | 2.3 | C |
| 12/04/23 | Review of Proof of Claims at First Financial Bank | .3 | D |
| 12/06/23 | Notice of appearance by Tim Bridgeman | .1 | F |
| 12/12/23 | Conference with Debtors re: IDI | 1.0 | C |
| 12/15/23 | Receipt and review of 8 Proof of Claims filed By Independence Bank | .5 | D |
| 12/18/23 | Initial Debtor interview, conference with Debtors | 1.2 | C |
| 12/19/23 | Receipt and review of order approving an application of attorney, conference with Debtors, order approving realtor | .3 | E |
| 12/18/23 | Various emails from Jamie Harris re: insurance order, 341 meeting | .2 | C |
| 12/19/23 | Conference with realtor, conference with clerk, re: sale of house | .3 | E |
| 12/20/23 | Meeting of Creditors, conference with clerk re: meeting of Creditors | 1.0 | F |
| 12/21/23 | Email from Larry Hinton re: Attorney fees and Payment of spec house, conference with Hinton | .4 | A |
| 12/21/23 | Status conference before Court, waiting in Court, Conference with Debtors | 1.0 | C |
| 12/27/23 | Conference with Debtors, re: various issues | .3 | C |
| 01/03/24 | Conference with Debtors re: Insurance | .2 | C |
| 01/8/24 | Conference with Debtors, conference with realtor, conference with Larry Hinton re: sale proceeds | .7 | A |
| 01/09/24 | Preparation of Report of Sale | 1.0 | A |

| Date | Description | Hours | Code |
|---|---|---|---|
| 01/12/24 | Conference with Debtors re: amendment to schedules, preparation of amendments | 1.4 | C |
| 01/12/24 | Preparation of reports on related entities | .5 | C |
| 01/17/24 | Adjourned meeting of Creditors | .3 | F |
| 01/17/24 | Receipt of notice of appearance by Truist Bank | .1 | D |
| 01/17/24 | Conference with Debtors re: savings account/ PNC account | .3 | C |
| 01/22/24 | Preparation of MOR, conference with clients, Discussion with Attorney Robert Chaudoin re: MOR, review of various bank records | 2.3 | C |
| 01/28/24 | Email from Gary Grimes re: remaining issues-call To Debtors requesting documents | .5 | C |
| 02/06/24 | Adjourned meeting of Creditors | .3 | F |
| 02/06/24 | Letter re: overcharges on subject spec House, explanation by Builder | .4 | A |
| 02/07/24 | Conference with Ashley Gerughty re: post-petition concerns? | .2 | F |
| 02/08/24 | Email from Gary Grimes: re: Edmonton State Bank no longer willing to service DIP Account | .1 | C |
| 02/09/24 | Conference with Larry Hinton re: Independence Bank treatment | .3 | F |
| 02/13/24 | Preparation of amended schedules, conference with Debtors | .4 | C |
| 02/19/24 | Update with Edmonton State Bank on possible sale of property | .2 | A |
| 02/20/24 | Preparation of motion to extend time for Chapter 11 Plan, conference with Debtors, re: plan specifics | 1.5 | C |

| Date | Description | Hours | Code |
|---|---|---|---|
| 02/21/24 | Receipt of notice re: memorandum of noncompliance | .1 | C |
| 02/21/24 | Receipt of notice re: TD Bank | .1 | F |
| 02/21/24 | Email to Grimes (UST) re: DIP account | .1 | C |
| 02/23/24 | Email and response to Ashley Gerughty re: plan for Edmonton State Bank | .2 | F |
| 02/28/24 | Call with Debtors re: PNC Bank | .3 | C |
| 03/02/24 | Preparation of MOR for January, conference with Debtors, various email re: plan contents | 3.8 | G |
| 03/04/24 | Conference with Debtors re: Plan | .5 | G |
| 03/04/24 | Filing of order re: time to extend plan filing | .2 | C |
| 03/05/24 | Receipt and review of order extending time | .1 | C |
| 03/06/24 | Receipt and review order scheduling confirmation hearing, email to client | .2 | G |
| 03/08/24 | Review of email from Larry Hinton re: treatment of Independence Bank | .3 | F |
| 03/11/24 | Conference and email with Ashley Gerughty re: Edmonton State Bank claim | .4 | F |
| 03/11/24 | Conference with Debtors, reminder for 341 Meeting of Creditors | .2 | F |
| 03/12/24 | Adjourned Meeting of Creditors | .3 | F |
| 03/12/24 | Conference with Larry Hinton re: treatment of Independence Bank, review of agreed order re: Independence Bank | .6 | F |
| 03/13/24 | Receipt and review of motion for relief from stay filed by Harley Davidson, conference with Debtors, re: motion, call to Harley Davidson | | |

| Date | Description | Hours | Code |
|---|---|---|---|
| | Attorney | .5 | G |
| 03/16/24 | Receipt and review of notice of hearing re: motion from stay | .1 | G |
| 03/21/24 | Receipt and review of objection to confirmation filed by TD Auto Finance, call to Aaron Nash, re: objection, conference with Debtors | 1.2 | G |
| 03/25/24 | Review of A.O. from Harley Davidson | .2 | G |
| 03/27/24 | Conference with John Deere re: equipment Surrender | .3 | G |
| 03/29/24 | Receipt and review of order granting relief from stay | .1 | G |
| 04/01/24 | Conference with Ashley Gerughty – Edmonton State Bank re: plan | .3 | F |
| 04/03/24 | Receipt and review of email from creditor American Express | .2 | F |
| 04/08/24 | Meeting with Debtors to discuss plan and confirmation | 1.0 | G |
| 04/09/24 | Receipt and review of objection filed by UST to plan confirmation, conference with Debtors     1.0 | 1.0 | G |
| 04/10/24 | Conference with Attorneys, re: various Objections and plan confirmation | .6 | G |
| 04/11/24 | Preparation and filing of motion to sell 5 acre lot, correcting filing, conference with UST re: contract/ exhibit and plan confirmation | 1.5 | A |
| 04/12/24 | Telephone conference with UST- Jamie Harris re: case and confirmation | .3 | C |
| 04/15/24 | Review of bank statements | .4 | C |

| Date | Description | Hours | Code |
|---|---|---|---|
| 04/16/24 | Adjourned meeting of Creditors | .2 | F |
| 04/16/24 | Conference with Debtors re: PNC bank account | .2 | C |
| 04/19/24 | Hearing before the Court on plan confirmation, Conference with Debtors re: amending plan | 1.6 | G |
| 4/20/24 | Receipt and review of order scheduling plan Confirmation | .1 | G |
| 04/23/24 | Preparation of motion to employ realtor | .6 | E |
| 05/02/24 | Conference with Debtors re: failure of Sale on Mt. Lebanon Road | .3 | A |
| 05/03/24 | Preparation of MOR for February and March, conference with Debtors | 1.0 | C |
| 05/03/24 | Preparation of Disclosure Statement, preparation of amended Chapter 11 plan, conference with Debtors | 2.3 | G |
| 05/06/24 | Receipt and review of order on motion to sell | .1 | A |
| 05/07/24 | Refiling of MOR. | .2 | C |
| 05/07/24 | Preparation of Amended Exhibit A, conference With Debtors | 1.2 | C |
| 05/08/24 | Telephone conference with Tim Rupple re: Disclosure Statement and plan | .2 | G |
| 05/15/24 | Receipt and review of order granting application of realtor | .1 | E |
| 05/15/24 | Email and call to Katie Bell re: tax claim and IRS | .3 | B |
| 05/22/24 | Email to Charity Bird re: update | .1 | C |
| 05/22/24 | Call and email to attorney for TD Bank re: amended plan | .3 | G |
| 05/31/24 | Call to Sottle and Brille re: Harley Davidson | | |

| Date | Description | Hours | Code |
|---|---|---|---|
| | | .2 | G |
| 06/04/24 | Conference with Ashley Gerughty re: treatment Of Edmonton State Bank, review of A.O re: treatment of Edmonton State Bank | .8 | F |
| 06/04/24 | Email from Debtors re:  Creditor continuing to call | .2 | F |
| 06/05/24 | Conference with Debtors re:  unpaid property tax bill | .3 | B |
| 06/05/24 | Receipt and review of order re:  Edmonton State Bank. | .1 | F |
| 06/06/24 | Preparation of MOR for April, conference with Debtors | 1.6 | C |
| 06/06/24 | Receipt of Ballots from Larry Hint and Independence Bank | .2 | G |
| 06/06/24 | Conference with Aaron Nash re:  TD Auto Finance, Review of A.O. resolving objection to plan | .6 | G |
| 06/07/24 | Receipt and review of order re:  Tabulation of Ballots | .1 | G |
| 06/07/24 | Telephone conference with Aaron Nash re: return of ballot | .2 | G |
| 06/11/24 | Preparation of Tabulation of Ballots, telephone call to Larry Hinton re:  Ballots | 1.3 | G |
| 06/12/24 | Receipt and review of response to email from Charity Bird re: confirmation     . | .2 | G |
| 06/13/24 | Confirmation hearing before the Court, Conference with Debtor re: going forward | 2.0 | G |
| 06/17/24 | Review of Debtor's tax returns, forwarding to IRS | .4 | B |
| 06/18/24 | Filing of Financial Management Certificates | .2 | C |
| 06/18/24 | Receipt and review of order confirming plan | .1 | G |

| Date | Description | Hours | Code |
|---|---|---|---|
| 06/18/24 | Prep of motion to determine non material modification, prep of confirmation order | 1.6 | G |
| 06/18/24 | Conference with Debtors re: Financial Management | .2 | C |
| 06/25/24 | Receipt and email from Ashley Gerughty re: Edmonton State Bank, call to Debtors to discuss sale of lot | .6 | F |
| 06/25/24 | Review change in terms agreement with Independence Bank, call to Debtors | .5 | F |
| 07/02/24 | Review of application of Chapter 11 Trustee | .3 | E |
| 07/06/24 | Preparation of Motion for Attorney fees, order | 1.0 | E |

TOTAL HOURS                                                                                                          65.5

## CODE-SUMMARY

| | | |
|---|---|---|
| A | Asset Disposition/ Analysis | 5.8 hours |
| B | Business Operations | 2.4 hours |
| C | Case Administration | 23.5 hours |
| D | Claims Administration | ,9 hours |
| E | Fee for Employment Application | 4.8 hours |
| F | Meeting of Creditors/ Debtors with Creditors | 7.6 hours |
| G | Plan, Disclosure, Objections, Confirmations/Stay Relief | 20.5 hours |

TOTAL HOURS                                                                                                          65.5