UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| MIRNES MUMINOVIC | | |
| MIRSADA MUMINOVIC   . | ) | CASE NO. 23-10858 |
| | ) | |
| DEBTORS | ) | |

### ORDER

Upon the application of Mark H. Flener as attorney for the estate for compensation and reimbursement of expenses, and after due notice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that attorney fees of Mark H. Flener in the amount of $19650.00 is hereby **APPROVED** as an administrative expense of the Chapter 11 estate.

Tendered by:

/s/ Mark H. Flener
Mark H.  Flener
2501 Crossings Blvd., Suite 148
P.O. Box 8
Bowling Green, KY 42102-0008
270-783-8400