# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Mirnes Muminovic and<br>Mirsada Muminovic<br><br>Debtor(s) | Case No.:23−10858−jal<br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Application for Compensation for Mark H. Flener, Attorney, Period: 11/7/2023 to 7/16/2024, Fee: $19650.00, Expenses: $0.. Filed by Attorney Mark H. Flener. Objections due by 08/7/2024. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Exhibit A Biography # 2 Exhibit B Time Records # 3 Proposed Order) (Flener, Mark)

Dated: 7/18/24

| | FOR THE COURT |
|---|---|
| By: | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |