# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Mirnes Muminovic and<br>Mirsada Muminovic<br><br>Debtor(s) | Case No.:23−10858−jal<br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Application for Compensation for Mark H. Flener, Attorney, Period: 11/7/2023 to 7/16/2024, Fee: $19650.00, Expenses: $0.. Filed by Attorney Mark H. Flener. Objections due by 08/7/2024. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Exhibit A Biography # 2 Exhibit B Time Records # 3 Proposed Order) (Flener, Mark)

Dated: 7/18/24

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  
Mirnes Muminovic  
Mirsada Muminovic  
    Debtors

Case No. 23-10858-jal  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0644-1      User: KYWBECFAd      Page 1 of 4  
Date Rcvd: Jul 18, 2024      Form ID: 267      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mirnes Muminovic, Mirsada Muminovic, 166 Copper Dearing Road, Alvaton, KY 42122-8301 |
| cr | + | Truist Bank, Inc., formerly Branch Banking and Tru, Recovery Dept., PO Box 1489, Lumberton, NC 28359-1489 |
| 7144395 | + | Albert White, c/oEdward G. White, 422 S Gay street, Suite 302, Knoxville, TN 37902-1167 |
| 7144396 | | American Bank & Trust, 1302 Scottsville Rd, Bowling Green, KY 42104-2432 |
| 7144399 | + | Cynthia White, c/o Edward G. White, 422 S Gay Street, Suite 302, Knoxville, TN 37902-1167 |
| 7144400 | + | Delaney and Samuel Esper, c/o Matthew Hardin 207 23rd Avenue North, Nashville, TN 37203-1501 |
| 7150079 | + | First Financial Bank NA, 2501 Crossings Blvd Suite 250, Bowling Green, KY 42104-5476 |
| 7150307 | + | Independence Bank, 1945 Scottsville Road, Bowling Green, KY 42104-3376 |
| 7144422 | | The Medical Center at Bowling, PO Box 2220, Bowling Green, KY 42102-2220 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 18 2024 18:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: thendrick@ambanking.com | Jul 18 2024 18:53:00 | American Bank & Trust Company, Inc., P.O. Box 688, Bowling Green, KY 42102-0688 |
| 7158872 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 18 2024 18:52:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 7144394 | | Email/Text: bankruptcy@acimacredit.com | Jul 18 2024 18:53:00 | Acima Credit, 9815 S Monroe St, Fl 4, Sandy, UT 84070-4384 |
| 7163729 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 19:22:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7144398 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 19:10:49 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 7144397 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 19:10:48 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 7165974 | | Email/Text: litbkcourtmail@johndeere.com | Jul 18 2024 18:52:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 7144413 | | Email/Text: litbkcourtmail@johndeere.com | Jul 18 2024 18:52:00 | John Deere Credit, 6400 N.W. 86th Street P.O. Box 6600, Johnston, IA 50131-6600 |
| 7150293 | + | Email/Text: lexbankruptcy@wyattfirm.com | Jul 18 2024 18:52:00 | Daniel Hitchcock, Wyatt Tarrant Combs, 250 West Main Street Suite 1600, Lexington, KY 40507-1746 |
| 7144402 | | Email/Text: bankruptcy@edmontonstatebank.com | | |

District/off: 0644-1                                              User: KYWBECFAd                                              Page 2 of 4
Date Rcvd: Jul 18, 2024                                           Form ID: 267                                                Total Noticed: 50

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 18 2024 18:52:00 | Edmonton State Bank, PO Box 57, Edmonton, KY 42129-0057 |
| 7154060 | + | Email/Text: bankruptcy@edmontonstatebank.com | Jul 18 2024 18:52:00 | Edmonton State Bank, P.O. Box 638, Tompkinsville KY 42167-0638 |
| 7150297 | + | Email/Text: bankruptcy@edmontonstatebank.com | Jul 18 2024 18:52:00 | Edmonton State Bank, P.O. Box 1149 909 West Main Street, Glasgow, KY 42141-1117 |
| 7144404 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 18 2024 18:52:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 7144403 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 18 2024 18:52:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 7153674 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 19:11:01 | Greenview Regional Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 7144408 | | Email/Text: HcaBNK@Mchealth.net | Jul 18 2024 18:52:00 | Hillcrest Credit Agency, Attn: Bankruptcy, PO Box 2220, Bowling Green, KY 42102-2220 |
| 7144407 | | Email/Text: HcaBNK@Mchealth.net | Jul 18 2024 18:52:00 | Hillcrest Credit Agency, P.O. Box 2220, Bowling Green, KY 42102 |
| 7144406 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 18 2024 18:53:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 7144405 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 18 2024 18:53:00 | Harley Davidson Financial, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 7166158 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 18 2024 18:52:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 7144409 | | Email/Text: HcaBNK@Mchealth.net | Jul 18 2024 18:52:00 | Hillcrest Credit Agn, PO Box 2220, Bowling Green, KY 42102-2220 |
| 7144410 | | Email/Text: CADAMS22@AOL.COM | Jul 18 2024 18:52:00 | Hodges & Adams, P.O. Box 1865, Bowling Green, KY 42102-1865 |
| 7144412 | | Email/Text: IBNotices@1776bank.com | Jul 18 2024 18:52:00 | Independence Bank, Attn: Bankruptcy, 2425 Frederica St, Owensboro, KY 42301-5437 |
| 7144411 | | Email/Text: IBNotices@1776bank.com | Jul 18 2024 18:52:00 | Independence Bank, PO Box 988, Owensboro, KY 42302-0988 |
| 7155203 | | Email/Text: IBNotices@1776bank.com | Jul 18 2024 18:52:00 | Independence Bank of Kentucky, 1950 Scottsville Road, Bowling Green, KY 42104 |
| 7154096 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 18:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7144415 | | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 18:52:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 7144414 | | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 18:52:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 7144417 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 19:10:46 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7144416 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 19:21:56 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 7144419 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 19:11:26 | Synchrony/Polaris Consumer, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7144418 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 19:10:49 | Synchrony/Polaris Consumer, PO Box 71791, Philadelphia, PA 19176-1791 |
| 7179486 | | Email/Text: jaxbanko@td.com | Jul 18 2024 18:52:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 7144421 | | Email/Text: jaxbanko@td.com | Jul 18 2024 18:52:00 | Td Auto Finance, Attn: Bankruptcy, PO Box 9223, |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Farmington Hills, MI 48333-9223 |
| 7144420 | Email/Text: jaxbanko@td.com | Jul 18 2024 18:52:00 | Td Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 7144424 | Email/Text: bankruptcy@bbandt.com | Jul 18 2024 18:52:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 7144423 | Email/Text: bankruptcy@bbandt.com | Jul 18 2024 18:52:00 | Truist/BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 7170507 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 19:11:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 7144425 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 18:58:44 | Wells Fargo/Dillard, PO Box 14517, Des Moines, IA 50306-3517 |
| 7144426 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 19:00:26 | Wells Fargo/Dillard, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7201555 | | Banc of America Leasing & Capital |
| 7150287 | * | Acima Credit, 9815 S Monroe St, Fl 4, Sandy, UT 84070-4384 |
| 7150288 | *+ | Albert White, c/oEdward G. White, 422 S Gay street, Suite 302, Knoxville, TN 37902-1167 |
| 7150289 | * | American Bank & Trust, 1302 Scottsville Rd, Bowling Green, KY 42104-2432 |
| 7150291 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 7150290 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 7150292 | *+ | Cynthia White, c/o Edward G. White, 422 S Gay Street, Suite 302, Knoxville, TN 37902-1167 |
| 7150309 | *P++ | DEERE CREDIT SERVICES INC, ATTN LITIGATION & RECOVERY DEPARTMENT, PO BOX 6600, JOHNSTON IA 50131-6600, address filed with court:, John Deere Credit, 6400 N.W. 86th Street P.O. Box 6600, Johnston, IA 50131-6600 |
| 7150294 | *+ | Delaney and Samuel Esper, c/o Matthew Hardin 207 23rd Avenue North, Nashville, TN 37203-1501 |
| 7150295 | * | Edc/Sky Property Manag, 1711 Destiny Ln, Ste 122, Bowling Green, KY 42104-1066 |
| 7150296 | * | Edmonton State Bank, PO Box 57, Edmonton, KY 42129-0057 |
| 7150299 | * | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 7150298 | * | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 7150303 | *P++ | HILLCREST CREDIT AGENCY, PO BOX 2220, BOWLING GREEN KY 42102-2220, address filed with court:, Hillcrest Credit Agency, Attn: Bankruptcy, PO Box 2220, Bowling Green, KY 42102-2220 |
| 7150302 | *P++ | HILLCREST CREDIT AGENCY, PO BOX 2220, BOWLING GREEN KY 42102-2220, address filed with court:, Hillcrest Credit Agency, P.O. Box 2220, Bowling Green, KY 42102 |
| 7150301 | * | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 7150300 | * | Harley Davidson Financial, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 7150304 | * | Hillcrest Credit Agn, PO Box 2220, Bowling Green, KY 42102-2220 |
| 7150305 | * | Hodges & Adams, P.O. Box 1865, Bowling Green, KY 42102-1865 |
| 7150308 | *P++ | INDEPENDENCE BANK OF KENTUCKY, 2425 FREDERICA ST, OWENSBORO KY 42301-5437, address filed with court:, Independence Bank, Attn: Bankruptcy, 2425 Frederica St, Owensboro, KY 42301-5437 |
| 7150306 | *P++ | INDEPENDENCE BANK OF KENTUCKY, 2425 FREDERICA ST, OWENSBORO KY 42301-5437, address filed with court:, Independence Bank, PO Box 988, Owensboro, KY 42302-0988 |
| 7150311 | * | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 7150310 | * | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 7150313 | * | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7150312 | *+ | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 7150315 | * | Synchrony/Polaris Consumer, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7150314 | *+ | Synchrony/Polaris Consumer, PO Box 71791, Philadelphia, PA 19176-1791 |
| 7150317 | * | Td Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 7150316 | * | Td Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 7150318 | * | The Medical Center at Bowling, PO Box 2220, Bowling Green, KY 42102-2220 |
| 7150320 | * | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 7150319 | * | Truist/BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 7150321 | * | Wells Fargo/Dillard, PO Box 14517, Des Moines, IA 50306-3517 |
| 7150322 | * | Wells Fargo/Dillard, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

District/off: 0644-1 User: KYWBECFAd Page 4 of 4
Date Rcvd: Jul 18, 2024 Form ID: 267 Total Noticed: 50

7144401 ## Edc/Sky Property Manag, 1711 Destiny Ln, Ste 122, Bowling Green, KY 42104-1066

TOTAL: 1 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron J. Nash | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC anash@evanspetree.com, bfox@evanspetree.com |
| Ashley Gerughty | on behalf of Creditor Edmonton State Bank agerughty@berryandmcgehee.com constance@berryandmcgehee.com;sheila@berryandmcgehee.com |
| Charity S. Bird | cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Daniel E. Hitchcock | on behalf of Creditor Truist Bank Inc., formerly Branch Banking and Trust Company dhitchcock@wyattfirm.com, dhitchcock@wyattfirm.com |
| Jamie Lynn Harris | on behalf of US Trustee U.S. Trustee Jamie.L.Harris@usdoj.gov |
| Larry F. Hinton | on behalf of Creditor First Financial Bank N.A. tiffany@rjhp-law.com, katie@rjhp-law.com |
| Mark H. Flener | on behalf of Debtor Mirnes Muminovic mark@flenerlaw.com mflener@bellsouth.net;flenerlaw@gmail.com;r53239@notify.bestcase.com |
| Molly Slutsky Simons | on behalf of Creditor Harley-Davidson dba Eaglemark Savings Bank bankruptcy@sottileandbarile.com |
| Timothy E. Bridgeman | on behalf of Creditor American Bank & Trust Company Inc. bridgeman@boamlaw.com, cal@boamlaw.com |
| U.S. Trustee | ustpregion08.lo.ecf@usdoj.gov |

TOTAL: 10